## Turner et al. v. Hensley et al.

May 31, 1940.

W. E. Begley, Judge.

Luker & Begley for movants.

H. C. Clay & Sons, opposed.

OPINION PER CURIAM—Denying appeal and affirming.

Appellees' petition for rehearing is sustained, and former opinion withdrawn. Amount involved less than $500. Motion for an appeal overruled and judgment affirmed.

Motion for an appeal from the Laurel Circuit Court. Judgment for $293.03, in an action involving the question of damage for breach of covenant in a deed.

Appeal denied. Judgment affirmed.